NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and DEBIOPHARM, S.A.,**
*Plaintiffs-Appellees,*

v.

**SANDOZ, INC., TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., DABUR ONCOLOGY PLC, DABUR PHARMA LIMITED, FRESENIUS KABI ONCOLOGY, PHARMACHEMIE B.V., ACTAVIS TOTOWA LLC, ACTAVIS, INC., ACTAVIS GROUP HF, MUSTAFA NEVZAT ILAC SANAYII A.S. (also known as MN Pharmaceuticals), PAR PHARMACEUTICAL COMPANIES, INC., PAR PHARMACEUTICAL, INC., W.C. HERAEUS GMBH, ABRAXIS BIOSCIENCE, INC., APP PHARMACEUTICALS LLC, NEW ABRAXIS, INC., MAYNE PHARMA LIMITED, MAYNE PHARMA (USA), INC., HOSPIRA AUSTRALIA PTY LTD, HOSPIRA, INC., BARR LABORATORIES, INC., PLIVA-LACHEMA A.S., and FRESENIUS KABI PHARMA LIMITED,**
*Defendants,*

**and**

**SUN PHARMACEUTICAL INDUSTRIES, LTD. and CARACO PHARMACEUTICAL LABORATORIES, LTD.,**
*Defendants-Appellants.*

---

2010-1338

---

Appeal from the United States District Court for the District of New Jersey in consolidated case no. 07-CV-2762, Judge Joel A. Pisano.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Terrence P. Canade as counsel of record for Sun Pharmaceutical Industries, Ltd. and Caraco Pharmaceutical Laboratories, Ltd.,

IT IS ORDERED THAT:

The motion is granted. New counsel for Sun Pharmaceutical Industries, Ltd., et al., must promptly enter an appearance.

FOR THE COURT

JUN 23 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dominick A. Conde, Esq.
Terrence P. Canade, Esq.
Daniel P. Shapiro, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2010

JAN HORBALY
CLERK